IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MIRANDA WILLHITE-WILLIAMS                                                               PLAINTIFF

      v.                                              Civil No. 2:14-cv-2156

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and Plaintiff's Complaint is hereby dismissed with prejudice. The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.

**IT IS SO ORDERED this 22nd day of April, 2015**.

                                                               /s/   Barry A. Bryant
                                                               HON. BARRY A. BRYANT
                                                               U.S. MAGISTRATE JUDGE